7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Velma Kay Robertson
*Debtor*

*Bankruptcy Case No.*
14–60546–abf7

**Fred Charles Moon**
    Plaintiff(s)

*Adversary Case No.*
15–06007–abf

v.

**Darlenea Evans**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment is hereby entered in favor of Plaintiff/Chapter 7 Trustee, Fred Charles Moon, and against Defendant, Darlenea Evans, as the initial transferee, for the value of Debtor's equity in the 2001 Ford Taurus, VIN #1FAHP56S31A179639, in the sum of $5,000.00. The Costs of this action is hereby taxed against Defendant, Darlenea Evans.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 5/1/15

Court to serve